UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOIS M. STOCKE,

      Plaintiff,

v.

CITIBANK N.A. *et al.*,

      Defendants.

Case No. 06-cv-4071-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendants Citibank N A, Kathy J. Smith, Friedman & Wexler, L.L.C., Robert Evans, Adam Roberts, John Doe and One Up, in this case, are **DISMISSED without prejudice**.

DATE: September 7, 2006

                                                NORBERT G. JAWORSKI, CLERK

                                                By:s/Deborah Agans, Deputy Clerk

APPROVED:  s/ J. Phil Gilbert
                  J. PHIL GILBERT
                  U.S. District Judge